IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSE ANGEL GALVEZ JOVEL,

    Petitioner,

v.                                                      Civ. No.  1:25-cv-01233-KG-DLM

KRISTI NOEM et al.,

    Respondents.

## AMENDED ORDER TO ANSWER

Petitioner, Jose Angel Galvez Jovel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on December 10, 2025, Doc. 1 ("Petition").  The Court orders the following:

1. Respondents shall Answer the Petition within **seven (7)** days of service of this Order.

2. Petitioner shall serve this Order on Respondents and file a certificate of service with this Court indicating that he has done so.

3. The Clerk shall send a courtesy copy of this Order and the Petition to the U.S. Attorney's Office at the following email address: ryan.ellison@usdoj.gov.

                                           /s/Kenneth J. Gonzales
                                           CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.